UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILSA NORTH AMERICA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00099 |
| | § | |
| HARTFORD UNDERWRITERS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is the "Joint Motion to Dismiss with Prejudice" filed by Plaintiff Gilsa North America, LLC, and Defendant Hartford Underwriters Insurance Company. (Dkt. No. 10). Since Defendant filed an answer (Dkt. No. 3), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). As the Motion is signed by counsel for both parties, the Court interprets the motion as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED** with prejudice to refiling, as requested, with each party to bear its own costs and attorneys' fees.

This is a final judgment.

SO ORDERED April 13, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge